UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; COACHWAYS U.S.A. INC.; TRANSPORTATION CONNECTION, INC., DBA LOS ANGELES SIGHTSEEING TOUR AND CHARTERS, DBA LOS ANGELES SIGHTSEEING TOURS OF SANTA MONICA, DBA SANTA MONICA LAX BUS,<br><br>　　　　Defendants. | CASE NO. CV 07-4526 MMM (MANx)<br><br>JUDGMENT FOR DEFENDANT |

　　On May 6, 2008, the court denied plaintiff Clarendon National Insurance Company's motion for summary judgment on its claim for declaratory relief and *sua sponte* granted summary judgment in favor of defendant State Farm Mutual Automobile Insurance.  Accordingly,

　　IT IS ORDERED AND ADJUDGED

　　1.　　That plaintiff Clarendon take nothing by way of its complaint against defendant

State Farm;

2. That the claim for declaratory relief be, and it hereby is, dismissed;

3. That defendant State Farm is under no duty to pay the claim arising out of the January 3, 2006 accident that occurred while claimant Katie Snyder was a passenger in the van owned by State Farm's insured, defendant Coachways U.S.A., Inc.

DATED: May 6, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2